IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BENJAMIN MATTHEWS,

    Plaintiff,

vs.

BNSF RAILWAY COMPANY,

    Defendant.

8:17CV185

ORDER

IT IS ORDERED:

1) A telephonic conference to discuss scheduling matters is set for July 27, 2017 at 9:00 a.m.

2) On or before July 26, 2017 parties shall jointly provide a proposed progression schedule to Judge Zwart's chambers at zwart@ned.uscourts.gov.

3) Counsel shall participate in the conference using Judge Zwart's conferencing instructions which will be filed following this order.

Dated this 20th day of July, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge