IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BENJAMIN MATTHEWS, | |
|---|---|
| Plaintiff, | **8:17CV185** |
| vs. | |
| BNSF RAILWAY COMPANY, | **ORDER** |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Katherine Q. Martz, as counsel of record for Defendant, (Filing No. 66), is granted.

Dated this 29th day of September, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge