IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BENJAMIN MATTHEWS, | |
|---|---|
| Plaintiff, | 8:17-CV-185 |
| vs. | |
| BNSF RAILWAY COMPANY, | JUDGMENT |
| Defendant. | |

On the parties' Stipulation for Dismissal with Prejudice ([filing 73](filing 73)), this case is dismissed with prejudice, each party to bear its own costs.

Dated this 13th day of December, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge